**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Deutsche Bank National Trust Company, as trustee for Morgan Stanley Ixis Real Estate Capital Trust 2006-1 Mortgage Pass Through Certificates, Series 2006-1 | CASE NUMBER: 1:11-cv-1404 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| Hugo Zavala, Laura Zavala, MERS, Inc. as Nominee for Accredited Home Lenders, Inc., | MAGISTRATE JUDGE: Michael T. Mason |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Dated: May 18, 2011

Respectfully submitted,

By: /s/ James N. Pappas

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
222 South Riverside Plaza, Ste. 2943
Chicago, Illinois 60606
(219) 769-1313